**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN ROSTAMI,<br><br>                Plaintiff,<br><br>        vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES,<br>LLC; DOES 1-10 inclusive,<br><br>                Defendant. | Case No.: CV 19-9620-DMG (GJSx)<br><br>**ORDER RE DISMISSAL OF ACTION**<br>**[21]** |

     The parties' stipulation for dismissal of this action is APPROVED.  The above-captioned action is hereby dismissed with prejudice, in its entirety.  All scheduled dates and deadlines are VACATED.

DATED:  July 21, 2020

                                      *Dolly M. Gee*
                                     DOLLY M. GEE
                                     UNITED STATES DISTRICT JUDGE